United States Bankruptcy Court
Northern District of Ohio

In re:                                                          Case No. 19-30428-jpg
Sarah Elizabeth Long                                           Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0647-3          User: admin          Page 1 of 1          Date Rcvd: Feb 25, 2019
                             Form ID: 309A         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db            +Sarah Elizabeth Long,    423 Clinton Street,    Findlay, OH 45840-4740
tr            +Ericka S. Parker Trustee,    P.O. Box 262,   Curtice, OH 43412-0262
25889694       Bank of America,    P.O.Box 15222,    Wilmington, DE 19885-5222
25889695       Chase Bank,    P.O. Box 6294,    Carol Stream, IL 60197-6294
25889697      +Citicard - Costo,    P.O. Box 9001016,    Louisville, KY 40290-1016
25889699      +City of Sacramento- PAM,    Parking Enforcement Center,    P.O. Box 4367,
               Inglewood, CA 90309-4367
25889701      +Discover,    P.O. Box 742655,    Cincinnati, OH 45274-2655
25889704       Nationstar bank, dba Mr. Cooper,    P.O. Box 60516,    City of Industry, CA 91716-0516
25889705      +Navient, Dept. of ducation,    P.O. Box740351,    Atlanta, GA 30374-0351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: theboyes@aol.com Feb 25 2019 23:13:26    Howard A. Elliott,   218 S. Main Street,
               Findlay, OH  45840
ust           +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Feb 25 2019 23:14:23    Cynthia J. Thayer,
               US Department of Justice,    201 Superior Avenue,   Suite 441,   Cleveland, OH 44114-1234
25889693      +EDI: GMACFS.COM Feb 26 2019 03:43:00    Ally Financial,   P.O. Box 380901,
               Bloomington, MN 55438-0901
25889696       EDI: CITICORP.COM Feb 26 2019 03:43:00    Citibank Diamond,   P.O. Box 6004,
               Sioux Falls, SD 57117-6004
25889698      +EDI: CITICORP.COM Feb 26 2019 03:43:00    Citicards CBNA,   P.O. Box 6241,   lbs CDv Disputes,
               Sioux Falls, SD 57117-6241
25889700      +EDI: WFNNB.COM Feb 26 2019 03:43:00    Comenity Bank/ Victoria Secrets,   P.O. Box 182273,
               Attn; Bankruptcy Dept.,   Columbus, OH 43218-2273
25889702      +E-mail/Text: bankruptcy@huntington.com Feb 25 2019 23:15:03    Huntington National Bank,
               2361 Morse Road,   Columbus, OH 43229-5891
25889703      +EDI: CBSKOHLS.COM Feb 26 2019 03:43:00    Kohl's,   P.O. Box 3115,   Milwaukee, WI 53201-3115
25889703      +E-mail/Text: bncnotices@becket-lee.com Feb 25 2019 23:13:59    Kohl's,   P.O. Box 3115,
               Milwaukee, WI 53201-3115
25889706      +E-mail/Text: collectionslegal@parknationalbank.com Feb 25 2019 23:16:37    United Bank,
               401 South Sandusky Street,   Bucyrus, OH 44820-2698
                                                                                  TOTAL: 10

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2019 at the address(es) listed below:
              Ericka S. Parker Trustee   esparker@sbcglobal.net,   oh04@ecfcbis.com
              Howard A. Elliott   on behalf of Debtor Sarah Elizabeth Long theboyes@aol.com
                                                                                  TOTAL: 2

| Debtor 1 | **Sarah Elizabeth Long** | | Social Security number or ITIN  **xxx–xx–5549** |
| | First Name   Middle Name   Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Ohio** | | | Date case filed for chapter  **7   2/21/19** |
| Case number:   **19–30428–jpg** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Sarah Elizabeth Long | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 423 Clinton Street Findlay, OH 45840 | | |
| 4. | **Debtor's attorney** Name and address | Howard A. Elliott 218 S. Main Street Findlay, OH 45840 | | Contact phone (419) 420–0000 Email: theboyes@aol.com |
| 5. | **Bankruptcy trustee** Name and address | Ericka S. Parker Trustee P.O. Box 262 Curtice, OH 43412 | | Contact phone (419) 243–0900 Email: esparker@sbcglobal.net |

For more information, see page 2 >

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court<br>1716 Spielbusch Ave Room 411<br>Toledo, OH 43604 | Hours open 9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>www.ohnb.uscourts.gov. | | Contact phone 419–213–5600<br><br>Date: 2/25/19 |

| 7. | **Meeting of creditors** | **April 11, 2019 at 01:30 PM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\***<br>**\*\*\* Proof of Social Security Number required \*\*\*** | **Ohio Building, 420 Madison Ave, Room 680, Toledo, OH 43604** |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
|---|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/10/19** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|